IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF UTAH

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>v.<br><br>RYAN RALICKE REED,<br><br>            Defendant. | ORDER<br><br><br><br><br>Case No. 2:14 CR 62 TC<br><br>District Judge Tena Campbell |

    Before the court is Mr. Reed's *pro se* motion for early termination of supervised release. The court has carefully reviewed Mr. Reed's motion and has sought the input of both the United States Probation Office and the United States Attorney.  Based on the information received from both offices, the court has determined that early termination is warranted.  Mr. Reed's motion is GRANTED and his supervision terminated..

    DATED this 28th day of March 2019.

                                      BY THE COURT:

                                      */s/ Tena Campbell*
                                      Tena Campbell
                                      United States District Judge